# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of October, two thousand twenty.

Before: Steven J. Menashi,
    *Circuit Judge.*

_____

Adham Amin Hassoun,

   Petitioner - Appellee,

v.

Jeffrey Searls, in his official capacity Acting Assistant Field Office Director and Administrator of the Buffalo Federal Detention Facility,

   Respondent - Appellant.

_____

**ORDER**

Docket No. 20-2056

Petitioner-Appellee moves for leave to file an oversized petition for rehearing or rehearing *en banc* of no more than 7,800 words.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court